KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Facsimile: (415)436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-00656 PJH |
|     Plaintiff, ) | |
| ) | PARTIES' STIPULATION AND |
| v. ) | [~~PROPOSED~~] ORDER CONTINUING STATUS HEARING |
| ) | |
| MARK HANES, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties made their initial appearance in this Court on the above-captioned matter on November 2, 2005.

    2. At the November 2, 2005 appearance, the government indicated that it had provided discovery to the defendant the day before, and defense counsel requested a continuance from November 2, 2005 until November 9, 2005 based upon effective preparation of counsel in order to review the discovery.  The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act.

    3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective

1  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),
2  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
3  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
4  3161(h)(8)(A).

5      4. For the reasons stated, the time period from November 2, 2005 through November 9, 2005
6  shall be excluded from the calculation of time under the Speedy Trial Act.

7      SO STIPULATED.

8  DATED:      November 2, 2005                     Respectfully Submitted,

```
                                                _____/s/_____
                                                MICHELLE MORGAN-KELLY
                                                Assistant United States Attorney

DATED:      November 3, 2005

                                                _____/s/_____
                                                DANIEL BLANK
                                                Counsel for Defendant Mark Hanes
```

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

```
DATED:  11/8/05                                 _____
                                                HON. PHYLLIS J. HAMILTON
                                                United States District Court Judge
```

28  STIPULATION AND PROPOSED ORDER
    CR 05-00656 PJH                              2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING**

in the case of <u>**UNITED STATES V. MARK HANES, CR 05-00656 PJH**</u> to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Dan Blank, Esq.**
**Federal Public Defender's Office**
**450 Golden Gate Avenue**
**San Francisco, CA  94102**

__X__  (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____  (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____  (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____  (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    November 3, 2005

/s/
RAWATY YIM
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
CR 05-00656 PJH                                 3