IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARK HANES,<br><br>　　　　　　Defendant. | No. CR 05-0656 PJH (JL)<br><br>[~~PROPOSED~~] ORDER DIRECTING PRETRIAL SERVICES TO ARRANGE FOR AN INTERVIEW WITH RESIDENTIAL DRUG TREATMENT PROGRAM |

FOR GOOD CAUSE SHOWN, the Court hereby directs Pretrial Services ~~arrange for any~~ to arrange for any necessary interviews to determine whether Defendant Mark Hanes would be accepted to a residential drug treatment program if released.

IT IS SO ORDERED.

Dated: November 10, 2005

IT IS SO ORDERED
Judge James Larson