KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Facsimile: (415)436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-00656 PJH |
|     Plaintiff, ) | |
| v. ) | PARTIES' STIPULATION AND [P~~ROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161(h)(8)(B), FROM NOVEMBER 9, 2005 UNTIL FEBRUARY 6, 2006 |
| MARK HANES, ) | |
|     Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared in this Court on the above-captioned matter on November 9, 2005.

    2. At that appearance, the trial date was set for February 6, 2006. Defense counsel stated that he will be unavailable for much of December due to a lengthy jury trial, and will be taking a one-week vacation out of the country. Accordingly, the parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act based upon continuity of counsel and effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(8)(B).

    3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would unreasonably deny the

STIPULATION AND PROPOSED ORDER
CR 05-00656 PJH

1  defendant continuity of counsel.  See 18 U.S.C. § 3161(h)(8)(A), (B)(iv).  The ends of justice
2  would be served by the Court excluding the proposed time period.  These ends outweigh the best
3  interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).
4      4.  For the reasons stated, the time period from November 9, 2005 through February 6, 2006
5  shall be excluded from the calculation of time under the Speedy Trial Act.
6      SO STIPULATED.
7  DATED:       11/14/05                              Respectfully Submitted,

                                                          /s/
                                         MICHELLE MORGAN-KELLY
                                         Assistant United States Attorney

DATED:       11/17/05

                                                          /s/
                                         DANIEL BLANK
                                         Counsel for Defendant Mark Hanes

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  11/21/05

                                       HON.  PHYLLIS J. HAMILTON
                                       United States District Court Judge

STIPULATION AND PROPOSED ORDER
CR 05-00656 PJH                                             2

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2  The undersigned hereby certifies that she is an employee of the office of the United States

3  Attorney, Northern District of California and is a person of such age and discretion to be

4  competent to serve papers.  The undersigned certifies that she caused copies of

**PARTIES' STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161(h)(8)(B), FROM NOVEMBER 9, 2005 UNTIL FEBRUARY 6, 2006**

in the case of **UNITED STATES V. MARK HANES, CR 05-00656 PJH** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Daniel Blank**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

  X   (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   November 17, 2005

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　RAWATY YIM
　　　　　　　　　　　　　　　　　　　　　United States Attorney's Office

STIPULATION AND PROPOSED ORDER
CR 05-00656 PJH                              3