1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant MARK HANES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         )   No. CR-05 00656 PJH
                                       )
12 |                Plaintiff,         )   STIPULATION AND [~~PROPOSED~~]
                                       )   ORDER CONTINUING STATUS
13 | vs.                               )   CONFERENCE
                                       )
14 | MARK HANES,                       )
                                       )
15 |                Defendant.         )
      _____  )
16

17
        This matter presently is set for a status conference on January 11, 2006.  Since taking
18
   over the case and making a general appearance on December 14, 2005, defense counsel has
19
   undertaken investigation of a number of issues relating to Mr. Hanes's defense.  Some witness
20
   interviews remain, and counsel still has not obtained all necessary medical records relating to
21
   diagnosis of and treatment for AIDS-related dementia pertaining to Mr. Hanes.
22
        The parties are discussing a possible resolution of at least one and possibly both counts of
23
   the underlying indictment.  Defense counsel also would like to conduct a witness interview in
24
   another case at or near the time of the presently scheduled status conference.  This witness only
25
   recently was located and became available, is critical to the defense of the other matter, is only
26

STIP/ORD                                  1

1  available for an interview this Wednesday, January 11, 2006, and may not again be available for
2  an interview prior to trial of the other matter. Accordingly, IT IS STIPULATED AND AGREED
3  that the status conference in this case may be continued one week to January 18, 2006. The
4  parties jointly request that the matter be placed on the Court's 2:30 p.m. calendar as AUSA
5  Morgan-Kelly will be in trial on that date and unavailable until after 1:30 p.m.

6  IT IS FURTHER STIPULATED that time under the Speedy Trial Act be excluded on the
7  grounds that defense counsel is continuing his investigation of the underlying facts, conducting
8  witness interviews, and preparing the defense of this case. 18 U.S.C. § 3161(h)(8)(A) and
9  (B)(iv).

10  SO STIPULATED.

11                                                /S/
12  Dated: January 9, 2006         _____
                                    JEROME E. MATTHEWS
13                                  Assistant Federal Public Defender

14
                                                 /S/
15  Dated: January 9, 2006         _____
                                    MICHELLE MORGAN-KELLY
16                                  Assistant United States Attorney

17
I hereby attest that I have on file all holograph signatures for any signatures indicated by a
18  "conformed" signature (/S/) within this efiled document.
19
Good cause appearing therefor, IT IS ORDERED that this matter be continued to January
20  18, 2006 at 2:30 p.m., and that time under the Speedy Trial Act be excluded, all on the grounds
21  set forth in the foregoing stipulation.
22
23  Dated: January  10, 2006        _____
24                                  PHYLLIS J. HAMILTON
                                    United States District Judge
25
26

STIP/ORD                                    2