KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Facsimile: (415)436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-00656 PJH |
| ) | |
| Plaintiff, ) | PARTIES' STIPULATION AND |
| ) | [~~PROPOSED~~] ORDER EXCLUDING |
| v. ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ) | FROM JANUARY 18, 2006 UNTIL |
| MARK HANES, ) | FEBRUARY 15, 2006 |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties appeared in this Court on the above-captioned matter on January 18, 2006.

   2. At that appearance, the Court continued the matter until February 15, 2006.  Due to the unavailability of both government and defense counsel during the intervening time and the need for defense counsel to explore an additional aspect of discovery, the parties moved that the time period from January 18, 2006 until February 15, 2006 be excluded from the calculation of time under the Speedy Trial Act based upon continuity of counsel and effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(8)(B).

   3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective

STIPULATION AND PROPOSED ORDER
CR 05-00656 PJH

1  preparation, taking into account the exercise of due diligence, and would unreasonably deny the
2  defendant and the government continuity of counsel.  See 18 U.S.C. § 3161(h)(8)(A), (B)(iv).
3  The ends of justice would be served by the Court excluding the proposed time period.  These
4  ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. §
5  3161(h)(8)(A).
6      4.  For the reasons stated, the time period from January 18, 2006 through February 15, 2006
7  shall be excluded from the calculation of time under the Speedy Trial Act.
8      SO STIPULATED.
9  DATED:     1/25/06                    Respectfully Submitted,

                                         _____/s/_____
12                                       MICHELLE MORGAN-KELLY
                                         Assistant United States Attorney

13  DATED:     1/30/06

                                         _____/s/_____
15                                       JEROME MATTHEWS
                                         Counsel for Defendant Mark Hanes

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  DATED:  2/2/06                       _____
20                                       HON.  PHYLLIS J. HAMILTON
                                         United States District Court Judge

28  STIPULATION AND PROPOSED ORDER
    CR 05-00656 PJH                               2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**PARTIES' STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JANUARY 18, 2006 UNTIL FEBRUARY 16, 2006**

in the case of **UNITED STATES V. MARK HANES, CR 05-00656 PJH** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**JEROME MATTHEWS**
**FEDERAL PUBLIC DEFENDER**
**555 12TH STREET, SUITE 650**
**OAKLAND, CA 94607**
**FAX NO: 510-637-3507**

\_\_\_\_  (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

  X   (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

\_\_\_\_  (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_  (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   January 25, 2006

                                                      /s/
                                               RAWATY YIM
                                             United States Attorney's Office