KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Facsimile: (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-00656 PJH |
|    Plaintiff, ) | PARTIES' STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM MARCH 8, 2006 UNTIL MAY 22, 2006 |
|    v. ) | |
| MARK HANES, ) | |
|    Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties appeared in this Court on the above-captioned matter on March 8, 2006 for a hearing on defendant's uncontested motion to continue. Previously, trial had been scheduled to commence on April 10, 2006.

   2. At the March 8, 2006 hearing, defense counsel indicated that he would be preparing for and participating in two other trials commencing on March 27, 2006 and April 24, 2006, respectively. Government counsel also indicated that she would be unavailable the week of May 1, 2006, and would be out of the country for a portion of the week of May 8, 2006. In addition, the parties indicated that if the matter did not resolve, the government likely would file a superseding indictment, resulting in the need for defense counsel to review additional discovery.

STIPULATION AND PROPOSED ORDER
CR 05-00656 PJH

In light of all of these factors, the Court continued the trial until May 22, 2006.

3. Due to the unavailability of both government and defense counsel during the intervening time and the need for adequate preparation, the parties moved that the time period from March 8, 2006 until May 22, 2006 be excluded from the calculation of time under the Speedy Trial Act based upon effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(8)(B).

4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

5. For the reasons stated, the time period from March 8, 2006 through May 22, 2006 shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED: March 13, 2006          Respectfully Submitted,


                                          /s/
                               MICHELLE MORGAN-KELLY
                               Assistant United States Attorney

DATED: March 13, 2006

                                          /s/
                               JEROME MATTHEWS
                               Counsel for Defendant Mark Hanes


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  3/14/06
                               HON. PHYLLIS J. HAMILTON
                               United States District Judge



STIPULATION AND PROPOSED ORDER
CR 05-00656 PJH