1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3705
7     Facsimile: (510)637-3724

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )   No.: CR 05-00656 PJH
13                                  )
        Plaintiff,                  )   PARTIES' STIPULATION
14                                  )   AND [PROPOSED] ORDER TO
                                    )   CONTINUE SENTENCING FROM
15      v.                          )   JULY 12, 2006 TO JULY 26, 2006
                                    )
16 MARK HANES,                      )
                                    )
17      Defendant.                  )
                                    )
18 _____  )

19
        The parties hereby stipulate to a two-week continuance of the sentencing hearing in this case
20
   from July 12, 2006 until July 26, 2006 at 1:30 p.m. In further support of continuing the
21
   sentencing date, the parties submit the following:
22
   1.   The sentencing in this matter is currently scheduled for July 12, 2006 at 1:30 p.m.
23
   2.   Government counsel will be out of the district the first two weeks of July including on the
24
        current sentencing date. Government counsel is next available on July 19, 2006,
25
        however, the Court is unavailable until July 26, 2006. Because the sentence will likely be
26
        contested, government counsel does not wish to have a colleague handle the sentencing
27
        hearing.
28

STIPULATION TO CONTINUE SENTENCING
CR 05-00656 PJH

1  3.  Defendant does not oppose the two-week continuance.

2  4.  This is the first continuance requested with respect to sentencing.

3  For the foregoing reasons, the parties hereby request, and the Court hereby orders, that the

4  sentencing be continued from July 12, 2006 until July 26, 2006 at 1:30 p.m.

5
6  SO STIPULATED:

7  DATED: 6/21/06                           KEVIN V. RYAN
                                             United States Attorney
8

9
                                             \s\
10                                           MICHELLE MORGAN-KELLY
                                             Assistant United States Attorney
11

12 DATED: 6/27/06                           BARRY J. PORTMAN
                                             Federal Public Defender
13

14
                                             \s\
15                                           JEROME MATTHEWS
                                             Assistant Federal Public Defender
16

17 IT IS SO ORDERED.
18 DATED: 7/5/06
                                             THE HONORABLE PHYLLIS J. HAMILTON
19                                           United States District Court Judge

20

21

22

23

24

25

26

27

28 STIPULATION TO CONTINUE SENTENCING
   CR 05-00656 PJH

2